*December*, 1821.          Henry D. Stone *against* Lud Harris.

Writ not signed by Clerk, and judgment by default in Error.

THE writ of capias was tested in the name of *Walter R. Ross*, Clerk of the Superior Court of *Montgomery* County, but was signed " *Alwin A. M'Worter*, D. S. S. C. M. C." The Record shewed no appearance of defendant in the Court below. Judgment was rendered against him by default. In this Court he assigned as Error, that it does not appear that the writ was signed by the clerk of the Court, from which it purports to have issued. The defendant in Error moved to amend the writ here by the teste.

*By the Court.* The Motion to amend cannot prevail. As to the Error assigned—The Statute requires that all writs shall " be signed by the Clerk of the Court from which " they may be issued." (Acts of 1818. Laws Alabama, p. 473.) The teste of the writ is mere matter of form; it is the signature of the Clerk which gives it validity. If the defendant makes a voluntary appearance and pleads to the merits, a defect in the process will after judgment be considered as waived. In this case there was no plea or appearance by defendant.

Let the judgment be reversed.